# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:10–cv–02299–JWS

| | |
|---|---|
| WildEarth Guardians v. Salazar | Date Filed: 10/27/2010 |
| Assigned to: Judge John W Sedwick | Date Terminated: 12/21/2010 |
| Cause: 28:2201 Declaratory Judgment | Jury Demand: None |
| | Nature of Suit: 893 Environmental Matters |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**WildEarth Guardians**     represented by     **Melissa Anne Hailey**
W Randolph Barnhart PC
50 S Steele St
Ste 500
Denver, CO 802090
303–377–6700
Fax: 303–377–6705
Email: mhailey@rbarnhartlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kenneth Lee Salazar**     represented by     **Hao–Chin Yang**
*named as: Ken Salazar/ U.S. Secretary of the Interior sued in his official capacity*
US Department of Justice
PO Box 7369
Washington, DC 20044–7369
202–305–0209
Email: hubert.yang@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2010 | Ï 1 | COMPLAINT. Filing fee received: $350.00, receipt number PHX 0970–4490201, filed by WildEarth Guardians (submitted by Melissa Hailey). (Attachments: # 1 Civil Cover Sheet)(REK) (Entered: 10/27/2010) |
| 10/27/2010 | Ï 2 | SUMMONS Submitted by WildEarth Guardians (submitted by Melissa Hailey). (Attachments: # 1 Summons, # 2 Summons)(REK) (Entered: 10/27/2010) |
| 10/27/2010 | Ï 3 | Corporate Disclosure Statement by WildEarth Guardians (submitted by Melissa Hailey). (REK) (Entered: 10/27/2010) |
| 10/27/2010 | Ï 4 | Filing fee paid, receipt number PHX 0970–4490201. This case has been assigned to the Honorable John W. Sedwick. All future pleadings or documents should bear the correct case number: CV 10–2299–PHX–JWS. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (REK) (Entered: 10/27/2010) |
| 10/27/2010 | Ï 5 | Summons Issued as to Kenneth Lee Salazar, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Summons, # 2 Summons)(REK) (Entered: 10/27/2010) |

| | | |
|---|---|---|
| 10/27/2010 | Ï 6 | MOTION for Admission Pro Hac Vice as to attorney Melissa Anne Hailey by WildEarth Guardians. (Attachments: # 1 Certificate of Good Standing)(Hailey, Melissa) (Entered: 10/27/2010) |
| 10/27/2010 | Ï | PRO HAC VICE FEE PAID. $ 50, receipt number PHX102871 as to Melissa A Hailey. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 10/27/2010) |
| 10/27/2010 | Ï 7 | ORDER pursuant to General Order 05−25 granting 6 Motion for Admission Pro Hac Vice.Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS)(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 10/27/2010) |
| 11/30/2010 | Ï 8 | NOTICE of Appearance by Hao−Chin Yang on behalf of Kenneth Lee Salazar (Yang, Hao−Chin) (Entered: 11/30/2010) |
| 11/30/2010 | Ï 9 | SUMMONS Returned Executed by WildEarth Guardians. Kenneth Lee Salazar served on 11/17/2010. (Attachments: # 1 Salazar Summons Executed, # 2 Holder Summons Executed, # 3 Civil Process Clerk Summons Executed)(Hailey, Melissa) (Entered: 11/30/2010) |
| 12/10/2010 | Ï 10 | MOTION to Stay *(UNOPPOSED)* by Kenneth Lee Salazar. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit 1, # 4 Exhibit 2)(Yang, Hao−Chin) (Entered: 12/10/2010) |
| 12/13/2010 | Ï 11 | ORDER granting 10 Motion to Stay. Upon receipt of the MDL Panels decision, counsel for Defendant shall file a notice with the Court, and counsel for the parties shall promptly confer and, if necessary, file a status report with the Court. Signed by Judge John W Sedwick on 12/13/10.(JWS) (Entered: 12/13/2010) |
| 12/21/2010 | Ï 12 | CERTIFIED MDL TRANSFER ORDER (CTO−2) Transferring case to USDC District of Columbia re MDL 2165. (MAP) (Entered: 12/21/2010) |
| 12/21/2010 | Ï | Remark: Case Transferred to USDC District of Columbia this date via electronic transfer. (MAP) (Entered: 12/21/2010) |